UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRENIDY EGAR LEE,

    Plaintiff,

v.                                              Case No. 5:21-cv-51-RV-MJF

JUDGE REGISTER, *et al*,

    Defendants.
_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 30, 2021. (ECF No. 11). Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for Plaintiff's failure to state a claim upon which relief can be granted.

3. The clerk of court shall close this case file.

**DONE AND ORDERED** this 1st day of June, 2021.

>  /s/ *Roger Vinson*
> **ROGER VINSON**
> **SENIOR UNITED STATES DISTRICT JUDGE**